Mary Elizabeth Bosco, Patton Boggs, LLP, Washington, DC, for Plaintiff–Appellant.

Matthew H. Solomson, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

### ORDER

The parties move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Joshua A. HINKLE, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7094.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2011.

Laurence M. Sandell, Finnegan, Henderson, Farabow, Washington, DC, for Claimant–Appellant.

## ON MOTION

### ORDER

The parties jointly move to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

CAROLINA POWER & LIGHT COMPANY, and Florida Power Corporation, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 2011–5121.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2011.

Arnold B. Fagg, Morgan, Lewis & Bockius, LLP, Washington, DC, for Plaintiff–Appellee.

Daniel Rabinowitz, Department of Justice, Washington, DC, for Defendant–Appellant.

## ON MOTION

### ORDER

The United States moves without opposition to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.